IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MELISSA A. HALEY,

        Petitioner,

    v.

ROB PERSSON, Superintendent of CCCF,

        Respondent.

Case No. 3:18-cv-00486-JR

ORDER

RUSSO, Magistrate Judge.

The court GRANTS petitioner's unopposed Motion to Dismiss Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 Without Prejudice (ECF No. 54).

IT IS SO ORDERED.

DATED this 15 day of April, 2020.

*Jolie A Russo*
Jolie A. Russo
United States Magistrate Judge

1 - ORDER